

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAL RUDNICKI, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04 C 5719 |
| WPNA 1490 AM, ALLIANCE COMMUNICATIONS, INC., POLISH NATIONAL ALLIANCE OF THE UNITED STATES OF NORTH AMERICA, SLAWOMIR BIELAWIEC and WALDERMAR LADA, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff, allegedly a Polish journalist residing in Brussels, Belgium, sues for copyright infringement. Defendants Alliance Communications and the Polish National Alliance move to dismiss. That motion is granted, but with leave to amend within fourteen days.

Plaintiff does not tell us enough, but apparently he can cure that defect by a simple amendment. The complaint alleges that plaintiff is the "copyright owner or licensee of exclusive rights under United States copyright ...." The movants contend that plaintiff can sue for infringement only if his United States copyright has been registered, and there is no such allegation. But, says plaintiff in his response, he is not suing under a United States copyright — it is a foreign copyright protected by United States copyright law. It is apparent that plaintiff rests upon a Polish copyright and there appears no dispute that a Polish copyright need not be registered before suit and that a Polish copyright is protected by United States copyright law.

But if, as we assume, plaintiff claims ownership of a Polish copyright, he should so allege so that the parties can proceed with a clear understanding of the basis for his claims.

JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 11, 2005.