# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAFAL RUDNICKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04 C 5719 |
| | ) |
| WPNA 1490 AM, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff has sued defendants, claiming that they infringe copyrights on various radio addresses. The suit initially claimed infringements in 2004. It has been amended to claim infringements in 2006. Plaintiff has now moved "to preclude the defendants from arguing non-registration of plaintiff's works." Two defendants have responded by asserting that they first need to take plaintiff's deposition.

Plaintiff's motion is of limited scope. It attaches what purports to be a Certificate of Registration dated September 5, 2006, and it asks, essentially, that defendants recognize that plaintiff crossed the right "t's" and dotted the right "i's" for registration effective that date. Defendants contend that they need to know more about the actual recordings before they can determine whether plaintiff is entitled to statutory damages if he proves infringement. They also claim they need to know more about the new alleged infringements in order to determine their own potential liability.

Defendants may well need to depose plaintiff again to assess their potential liability for infringement in 2006. We see no need for a deposition, however, before responding to plaintiff's motion. The copyright registration procedures are, apparently, many and varied.

Plaintiff just wants to know if defendants believe he has followed the right procedures and, if not, what they think he needs to do. Defendants shall respond within 14 days and plaintiff shall reply within 10 days thereafter.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

Oct 31, 2007.