IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAL RUDNICKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 04 C 5719 |
| v. ) | |
| ) | Judge Rebecca Pallmeyer |
| WPNA 1490 AM, ALLIANCE ) | |
| COMMUNICATIONS, INC., ) | Magistrate Judge Nolan |
| POLISH NATIONAL ALLIANCE OF ) | |
| THE UNITED STATES OF ) | |
| NORTH AMERICA ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants Alliance Communications, Inc. ("Alliance") and Polish National Alliance of the United States of North America ("PNA") move this Court to enter final judgment in favor of the Defendants and against the Plaintiff on each of Plaintiff's claims and grant whatever further relief the Court deems proper for the reasons set forth in the supporting memorandum.

WHEREFORE, Defendants Alliance Communications, Inc. and Polish National Alliance of the United States of North America respectfully request that this Court enter an Order of final judgment in favor of the Defendants and against the Plaintiff on each of Plaintiff's claims and grant whatever further relief the Court deems proper.

Respectfully submitted,

ALLIANCE COMMUNICATIONS, INC.
AND POLISH NATIONAL ALLIANCE OF
THE UNITED STATES OF NORTH AMERICA

By: /s/ Steven P. Mandell
     One of Its Attorneys

Steven P. Mandell (ARDC #6183729)
John D. Fitzpatrick (ARDC #6277475)
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606
(312) 251-1000

177383v1