IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAL RUDNICKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 04 C 5719 |
| v. ) | |
| ) | Judge Rebecca Pallmeyer |
| WPNA 1490 AM, ALLIANCE ) | |
| COMMUNICATIONS, INC., ) | Magistrate Judge Nolan |
| POLISH NATIONAL ALLIANCE OF ) | |
| THE UNITED STATES OF ) | |
| NORTH AMERICA ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SUPPLEMENTAL MOTION FOR ENTRY OF FINAL JUDGMENT

Defendants Alliance Communications, Inc. ("Alliance") and Polish National Alliance of the United States of North America ("PNA") (collectively "Defendants") submit this supplemental motion for entry of final judgment in favor of the Defendants and against the Plaintiff on each of Plaintiff's claims. On March 8, 2010, the Defendants presented a Motion for Entry of Final Judgment (Dkt 200-201, filed March 4, 2010) in which they outlined why the "Affirmation of Assignment of Rights by Rafal Rudnicki" does not conform to this Court's December 10, 2009 ruling granting summary judgment by assigning or transferring to Plaintiff either RadioZET's copyright infringement claims or any other rights belonging to RadioZET. That Motion remains pending. In support of this Supplemental Motion, Defendants have filed a memorandum in which they ask the Court to strike certain documents filed by the Plaintiff for failure to make the signatories of those documents available for deposition as previously ordered by the Court and to enter final judgment in favor of the Defendants and against the Plaintiff on all of the Plaintiff's claims.

WHEREFORE, Defendants Alliance Communications, Inc. and Polish National Alliance of the United States of North America respectfully request that this Court strike the Affirmation of Assignment of Rights by Rafal Rudnicki and the Affidavits of Ms. Ceran and Ms. Moszczenska for failure to make the signatories of those documents available for deposition, enter final judgment in favor of the Defendants and against the Plaintiff on each of Plaintiff's claims and grant whatever further relief the Court deems proper.

        Respectfully submitted,

        ALLIANCE COMMUNICATIONS, INC.
        AND POLISH NATIONAL ALLIANCE OF
        THE UNITED STATES OF NORTH AMERICA

        By: /s/ John D. Fitzpatrick
            One of their attorneys

Steven P. Mandell (ARDC #6183729)
John D. Fitzpatrick (ARDC #6277475)
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606
(312) 251-1000

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the *Defendants' Supplemental Motion for Entry of Final Judgment*, a *Memorandum in Support of the Motion*, and a *Notice of Motion* on:

Nancy J. Richter
Lukasz R. Cholodecki
Gleason Law Group PC
4653 N. Milwaukee Ave.
Chicago, Illinois 60630

via the electronic filing system on this 27th day of May 2010.

/s/     John D. Fitzpatrick

181331